IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  00-24-01 |
| | : | |
| RAIFREAN WASHINGTON | : | |


**MEMORANDUM AND ORDER**

In petitioner's § 3582(c)(2) memorandum of law, it is conceded that the final range of 360 months to life remains even after a two level reduction.

This, petitioner argues, is unrelated to the fairness issue and indeed there may be some basis for that argument.  But this court sentenced Raifrean Washington pursuant to a downward departure motion and sees no unfairness in its not further reducing that sentence.

In petitioner's case, the sentence more than adequately rewarded him for his cooperation, which consisted, at the trial stage at least, of his hesitant and evasive testimony, in the court's opinion.

Petitioner is to be commended for what in his petition appears to be his good record of achievement while in prison.  In this case, however, no reduction is warranted.

An order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  00-24-01 |
| | : | |
| RAIFREAN WASHINGTON | : | |

## ORDER

**AND NOW**, this 8th day of April, 2009, upon consideration of defendant Raifrean Washington's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2), and the government's response thereto, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.